TOUSLEY BRAIN STEPHENS PLLC
Kim D. Stephens, P.S. (OR 030635)
kstephens@tousley.com
Joan M. Pradhan (WA 58134)
jpradhan@tousley.com
1200 5th Avenue, Suite 1700
Seattle, WA 98191
Telephone: (206) 667-0249

LYNCH CARPENTER, LLP
Todd Carpenter
todd@lcllp.com
Scott G. Braden (*Admitted Pro Hac Vice*)
scott@lcllp.com
Connor J. Porzio (*Admitted Pro Hac Vice*)
connor@lcllp.com
James B. Drimmer
jim@lcllp.com
1234 Camino del Mar
Del Mar, CA 92014
Telephone: (619) 762-1903
Facsimile: (858) 313-1850

*Attorneys for Plaintiff Deborah O'Dea*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DEBORAH O'DEA, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PREMIUM BRANDS OPCO LLC, an Ohio Limited Liability Company, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 3:24-cv-01134-JR<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE THAT** the above-captioned action is voluntarily dismissed **WITHOUT** prejudice by Plaintiff Deborah O'Dea pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Respectfully submitted,

DATED this 3rd day of February, 2025

LYNCH CARPENTER, LLP

*/s/ Scott G. Braden*
Scott G. Braden (*Admitted Pro Hac Vice*)
scott@lcllp.com
Todd Carpenter
todd@lcllp.com
Connor J. Porzio (*Admitted Pro Hac Vice*)
connor@lcllp.com
James B. Drimmer
jim@lcllp.com
1234 Camino del Mar
Del Mar, CA 92014
Telephone: (619) 762-1903
Facsimile: (858) 313-1850

TOUSLEY BRAIN STEPHENS PLLC
Kim D. Stephens, P.S. (OR 030635)
kstephens@tousley.com
Joan M. Pradhan (WA 58134)
jpradhan@tousley.com
1200 5th Avenue, Suite 1700
Seattle, WA 98191
Telephone: (206) 667-0249

*Attorneys for Plaintiff Deborah O'Dea*